# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| **JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC.,** | ) ) ) ) |
| Plaintiff, | ) Civ. No. 2:23-mc-00019-JTF-tmp ) |
| v. | ) ) |
| **SAVE ON SP, LLC,** | ) ) ) |
| Defendant. | ) ) ) |

## JUDGMENT

Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered. The Court resolved all issues in its Order Granting in Part Plaintiff's Supplemental Motion to Compel, entered on April 15, 2024. (ECF No. 40.)

There being no remaining issues to consider, **IT IS ORDERED AND ADJUDGED** that this action is dismissed.

**APPROVED:**

*s/John T. Fowlkes, Jr.*  
JOHN T. FOWLKES, JR.  
UNITED STATES DISTRICT JUDGE

WENDY OLIVER_____  
CLERK

April 16, 2024_____  
DATE

*s/Richard Abidor*   _____  
(BY) LAW CLERK

1